NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHARLIE L. BUCKNER,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**
*Respondent-Appellee*

---

2020-2316

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 19-4419, Judge Michael P. Allen, Judge Joseph L. Falvey, Jr., and Judge Coral Wong Pietsch.

---

Before LOURIE, TARANTO, and HUGHES, *Circuit Judges*.

PER CURIAM.

## O R D E R

Upon consideration of counsel's notice that appellant died during the pendency of this appeal and response to the court's March 24, 2022, order indicating that he has "not located any person capable of substituting for the deceased appellant" and that he "no longer represent[s] a client capable of further prosecuting this appeal," ECF No. 16,

IT IS ORDERED THAT:

(1) The appeal is dismissed, and the decision of the Board of Veterans' Appeals is vacated. *See DiOrio v. Nicholson*, 216 F. App'x 974 (Fed. Cir. 2007) (vacating underlying decision under same circumstances); *see generally United States v. Munsingwear, Inc.*, 340 U.S. 36, 40 (1950) (explaining that vacatur is appropriate when review of the underlying judgment is prevented by happenstance).

(2) Each side to bear its own costs.

FOR THE COURT

May 31, 2022                           /s/ Peter R. Marksteiner
      Date                             Peter R. Marksteiner
                                       Clerk of Court

cc:  United States Court of Appeals for Veterans Claims